**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02440-KLM

JOSHUA KINCHELOE,

    Plaintiff,

v.

N.A.R., INC.,

    Defendant.

---

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following Judgment is hereby entered.

Pursuant to the offer of judgment served on November 19, 2014 and the acceptance thereof filed November 21, 2014, with proof of service, it is

ORDERED that judgment is hereby entered for JOSHUA KINCHELOE and against N.A.R., INC. In the amount of $1,001.00.  It is

FURTHER ORDERED Plaintiff's costs and reasonable attorneys' fees are to be added to the judgment as against Defendant; said fees and costs shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.24% from the date of entry of judgment.

Dated at Denver, Colorado this 13th day of January, 2015.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By: s/ Monique Ortiz

                Monique Ortiz
                Deputy Clerk