IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02440-KLM

JOSHUA KINCHELOE,

    Plaintiff,

v.

N.A.R., INC.,

    Defendant.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion for Attorney Fees** [#10] (the "Motion"). Plaintiff seeks attorney's fees pursuant to 15 U.S.C. § 1692k, which provides for an award of attorney's fees for a successful action under the Fair Debt Collection Practices Act. *Motion* [#10] at 1. On November 8, 2014, Plaintiff filed a Notice of Acceptance of Offer of Judgment [#8]. Defendant's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 [#8-1] stated: "In addition, Plaintiff's costs and reasonable attorneys' fees are to be added to the judgment as against Defendant; said fees and costs shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion . . . ." According to the Motion, the parties have agreed that $1,544.00 in fees should be paid by Defendant to Plaintiff. *Motion* [#10] at 2. Having reviewed the docket in this matter, the Court finds no reason to disturb the parties' agreement. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#10] is **GRANTED**.

IT IS FURTHER **ORDERED** that the Clerk of Court shall amend the Final Judgment [#11][1] in this matter by entering judgment in favor of Plaintiff for an <u>additional</u> $1,544.00.

IT IS FURTHER **ORDERED** that, if appropriate, the Clerk of Court shall enter costs in accordance with the uncontested Bill of Costs [#10-1] provided by Plaintiff.

Dated:  January 20, 2015

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge

---

[1] The Clerk of Court appropriately entered Final Judgment [#11] in this matter on January 13, 2015, in accordance with Plaintiff's Notice of Acceptance of Offer of Judgment [#8].  *See* Fed. R. Civ. P. 68(a).