**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02440-KLM

JOSHUA KINCHELOE,

    Plaintiff,

v.

N.A.R., INC.,

    Defendant.

---

**AMENDED FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following Judgment is hereby entered.

Pursuant to the offer of judgment served on November 19, 2014 and the acceptance thereof filed November 21, 2014, with proof of service, it is

ORDERED that judgment is hereby entered for JOSHUA KINCHELOE and against N.A.R., INC. In the amount of $1,001.00. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of <u>0.24%</u> from the date of entry of judgment. It is

FURTHER ORDERED that the Final Judgment [#11] in this matter is amended by the Clerk of Court by entering judgment in favor of Plaintiff for an additional $1,544.00, as sought by the parties in the Unopposed Motion for Attorney Fees, and approved by the Court [#12]. It is

FURTHER ORDERED that costs are taxed by the Clerk of Court for $455, the

amount provided in the attached uncontested Bill of Costs [#10-1] provided by Plaintiff. The amount is reflected on the Taxation of costs by the clerk pursuant to 28 U.S.C. § 1920.

Dated at Denver, Colorado this 20th day of January, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  L. Galera

Laura Galera
Deputy Clerk